UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| MIKE HOOD,<br><br>         Plaintiff,<br><br>v.<br><br>TEXAS FARMERS INSURANCE COMPANY, FIRE INSURANCE EXCHANGE by Fire Underwriters Association, Attorney-in-Fact; FARMERS INSURANCE EXCHANGE by Farmers Underwriters Association, Attorney-in-Fact; FIRE INSURANCE EXCHANGE, FARMERS INSURANCE EXCHANGE, KIM GARDETTO, BRUCE LITMAN, and DOES 1 to 50,<br><br>         Defendants. | Case No. 1:16-cv-00151-JB-LF |

**STIPULATED MOTION RE: ACCEPTANCE OF SERVICE, DISMISSAL OF CERTAIN DEFENDANTS, AND DEADLINE FOR RESPONSIVE PLEADING**

Plaintiff Mike Hood and Defendants Texas Farmers Insurance Company, Fire Insurance Exchange, Farmer Insurance Exchange, Kim Gardetto and Bruce Litton (incorrectly named as Bruce Litman) stipulate and jointly move for the Court to enter an Order as follows:

1.      Defendant Fire Insurance Exchange accepts service of the Complaint, effective March 30, 2016.

2.      Defendant Fire Insurance Exchange acknowledges that it sold Plaintiff Hood the insurance policy on which he bases his claim, and is the responsible party on that policy to the extent Plaintiff Hood proves liability under the Complaint.  Defendant Fire Insurance Exchange denies any liability.

3.      Plaintiff Hood dismisses with prejudice the remaining defendants, Texas Fire Insurance Exchange, Farmers Insurance Exchange, Kim Gardetto and Bruce Litton.  Fire Insurance Exchange is the only proper defendant in this action.

4. Fire Insurance Exchange shall have until May 30, 2016 to file a responsive pleading to the Complaint.

DATED:  April 12, 2016

                                            LEWIS ROCA ROTHGERBER CHRISTIE LLP

| | |
|---|---|
| Signed: *Mike Hood, 4/12/16* <br> Mike Hood <br> *Plaintiff in Pro Per* <br> mike@hoodcorporation.com | By: s/*Ryan M. Walters* <br>     Ryan M. Walters <br>     *Attorneys for Defendants* <br>     201 Third Street NW, Suite 1950 <br>     Albuquerque, NM 87102-4388 <br>     Tel: 505.764.5400 <br>     Fax: 505.764.5480 <br>     rwalters@lrrc.com |