IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIKE HOOD,

    Plaintiff,

v.                                                             No. CIV 16-151 JB/LF

TEXAS FARMERS INSURANCE
COMPANY, FIRE INSURANCE EXCHANGE
by Fire Underwriters Association, Attorney-in-
Fact; FARMERS INSURANCE EXCHANGE
by Farmers Underwriters Association, Attorney-
in-Fact; FIRE INSURANCE EXCHANGE,
FARMERS INSURANCE EXCHANGE, KIM
GARDETTO, BRUCE LITMAN, and DOES 1
to 50,

    Defendants.

## ORDER GRANTING STIPULATED MOTION RE: ACCEPTANCE OF SERVICE, DISMISSAL OF CERTAIN DEFENDANTS, AND DEADLINE FOR RESPONSIVE PLEADING

**THIS MATTER** having come before the Court on the parties' Stipulated Motion Re: Acceptance of Service, Dismissal of Certain Defendants and Deadline for Responsive Pleading, the Court **FINDS** that good cause exists for the entry of this stipulated order.

**IT IS HEREBY ORDERED** as follows:

1. Defendants Texas Fire Insurance Exchange, Farmers Insurance Exchange, Kim Gardetto and Bruce Litton (incorrectly sued as Bruce Litman) are hereby dismissed with prejudice.

2. Defendant Fire Insurance Exchange shall have until May 30, 2016 to file a responsive pleading to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

SUBMITTED BY:
LEWIS ROCA ROTHGERBER CHRISTIE LLP

By */s/ Ryan M. Walters*
   Ryan M. Walters
   Steven J. Hulsman (pro hac)
  Laura M. Pasqualone (pro hac)
  *Attorneys for Defendants*
  201 Third Street NW, Suite 1950
  Albuquerque, New Mexico 87102
  Phone: 505-764-5400
  Fax: 505-764-5467
  rwalters@lrrc.com

APPROVED:

*Approved via e-mail 4/12/2016*
Mike Hood
*Plaintiff in Pro Per*
PO Box 1198
Santa Cruz, NM  87567
Phone:  505.670.0378