IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIKE HOOD,

    Plaintiff,

vs.                                                                                                No. CIV 16-0151 JB/LF

TEXAS FARMERS INSURANCE
COMPANY; FIRE INSURANCE
EXCHANGE by Fire Underwriters
Association, Attorney-in-Fact; FARMERS
INSURANCE EXCHANGE by Farmers
Underwriters Association, Attorney-in-Fact;
Fire Insurance Exchange, Farmers Insurance
Exchange; KIM GARDETTO; BRUCE
LITMAN; and DOES 1 to 50,

    Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on its Amended Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed September 9, 2016 (Doc. 25)("MOO"). In that MOO, the Court dismissed Plaintiff Mike Hood's Complaint For Damages For 1. Breach of Contract 2. Insurance Bad Faith 3. Breach of Fiduciary Duties 4. Violation of the Trade Practices and Frauds Act, NMSA 1978 §§ 59A-16-1 to -30 5. Violation of the Unfair Practices Act, NMSA 1978, §§ 57-12-1 to -24 (1967, as amended through 2003) (the UPA), filed January 13, 2016 (Doc. 1-1)("Complaint"), and allowed him twenty-one days from the date of the MOO to amend his Complaint. See MOO at 9. The Court notified Hood that, if he failed to amend his Complaint within twenty-one days, the Court would dismiss his Complaint with prejudice. Twenty-one days have now passed, and Hood has not filed an amended complaint. Accordingly, the Court enters this Final Judgment pursuant to rule

58 of the Federal Rules of Civil Procedure and dismisses Hood's Complaint with prejudice.

**IT IS ORDERED** that: (i) the Plaintiff's Complaint For Damages For 1. Breach of Contract 2. Insurance Bad Faith 3. Breach of Fiduciary Duties 4. Violation of the Trade Practices and Frauds Act, NMSA 1978 §§ 59A-16-1 to -30 5. Violation of the Unfair Practices Act, NMSA 1978, §§ 57-12-1 to -24 (1967, as amended through 2003) (the UPA), filed January 13, 2016 (Doc. 1-1)("Complaint"), is dismissed with prejudice; and (ii) final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Mike Hood
Santa Cruz, New Mexico

    *Plaintiff pro se*

Ryan M. Walters
Steven J. Hulsman
Laura Pasqualone
Lewis Roca Rothgerber Christie LLP
Albuquerque, New Mexico

    *Attorneys for Defendants Texas Farmers Insurance Company, Fire Insurance Exchange, Farmers Insurance Exchange, Kim Gardetto, Bruce Litman, and Does 1 to 50*